VIRGINIA & AMBINDER, LLP
By: Michael Bauman, Esq.
40 Broad Str., 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br> Plaintiffs, <br><br> -against- <br><br> VINZA CONCRETE, INC. <br><br> Defendant. | 15 Civ. 1853 (PGS)(TJB) <br><br> **JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant Vinza Concrete, Inc., and said Defendant having failed to plead or otherwise defend in this action, and said Default having been duly noted, and upon the annexed Declarations and the exhibits thereto;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Trustees of the B.A.C. Local 4 Pension and Annuity Funds, Trustees of the New Jersey B.A.C. Health Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, Trustees of the Bricklayers & Trowel Trades International Pension Fund, and Richard Tolson, as Administrator of B.A.C. Administrative

District Council of New Jersey, do recover of Defendant Vinza Concrete, Inc., with its principal place of business at 15 High Street, Whitehouse Station, NJ 08889, the amount of $31,856.60, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated: 7/30/15

By: _____
U.S.D.J.